1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11  LINDA L. ABEYTA,                    )    NO. CV 06-5041-MAN
                                        )
12               Plaintiff,             )
                                        )    JUDGMENT
13          v.                          )
                                        )
14  MICHAEL J. ASTRUE,                  )
    Commissioner of the                 )
15  Social Security Administration,     )
                                        )
16               Defendant.             )
    _____)

17

18       Pursuant to the Court's Memorandum Opinion and Order,

19

20       It IS HEREBY ADJUDGED that the decision of the Commissioner of the

21  Social Security Administration is reversed and the matter is remanded

22  for the immediate calculation and payment of benefits in accordance with

23  the Memorandum Opinion and Order filed concurrently herewith.

24

25

26  DATED: March 12, 2008

27                                        _____/s/_____
                                          MARGARET A. NAGLE
28                               UNITED STATES MAGISTRATE JUDGE